UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SECURITY ALARM FINANCING ENTERPRISES, L.P. d/b/a SAFEGUARD SECURITY a Limited Partnership,<br><br>Plaintiff,<br><br>vs.<br><br>MIKAYLA NEBEL, an individual, RUSSELL NIGGEMEYER, an individual, and DOES 1-25,<br><br>Defendants. | Case No:  C 15-04341 SBA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court, in the interest of sound judicial administration, will continue the Case Management Conference scheduled for February 17, 2016, until a date after Defendants' pending motions are adjudicated.  Accordingly,

IT IS HEREBY ORDERED THAT the telephonic Case Management Conference (CMC) currently scheduled for February 17, 2016, is CONTINUED to <u>March 2, 2016 at 2:30 p.m.</u>  At least seven (7) calendar days prior to the CMC, the parties shall meet and confer and file an updated Joint CMC Statement.  The Statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.  Plaintiff's counsel shall be responsible for filing the Joint CMC Statement and setting up the conference call.  At the date and time indicated above, Plaintiff's counsel shall call (510) 879-3550 with all parties on the line.  NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

IT IS SO ORDERED.

Dated:  February 10, 2016



SAUNDRA BROWN ARMSTRONG
Senior United States District Judge