Michael Stein
Nevada State Bar No. 4760
Michael Paretti
Nevada State Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, NV  89169
Telephone:     702.784.5200
Facsimile:      702.784.5252
mstein@swlaw.com
mparetti@swlaw.com

Attorneys for Defendant Mikayla Nebel

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SECURITY ALARM FINANCING ENTERPRISES, L.P. d/b/a SAFEGUARD SECURITY a Limited Partnership,<br><br>           Plaintiff,<br><br>     v.<br><br>MIKAYLA NEBEL, an individual, RUSSELL NIGGEMEYER, an individual, and DOES 1-25,<br><br>           Defendants. | Case No. 2:16-cv-00592-JCM-VCF<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DATE TO FILE RESPONSE TO COUNTERCLAIMS** |

23934544

# JOINT STIPULATION

Whereas, Plaintiff SECURITY ALARM FINANCING ENTERPRISES, L.P. d/b/a SAFEGUARD SECURITY ("Plaintiff") is currently in the process of obtaining local counsel in this matter,

Whereas, defendant MIKAYLA NEBEL ("Nebel") has filed a counterclaim against Plaintiff,

Whereas, the counterclaim was electronically filed and served at a time Plaintiff was not registered with this Court's ECF system,

Whereas, Nebel has agreed to extend the time SAFE has to respond to her counterclaim, from April 21, 2016 to May 6, 2016;

Now, jointly, the parties stipulate and move this Court for an order grating SAFE an extension of time to respond to Nebel's counterclaim, from April 21, 2016 to May 6, 2016.

DATED this 20th day of April, 2016.

**SNELL & WILMER L.L.P.**

By: /s/ Michael Paretti
Michael Stein
Michael Paretti
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
mstein@swlaw.com
mparetti@swlaw.com

DATED this 20th day of April, 2016.

**GREENAN, PEFFER, SALLANDER & LALLY LLP**

By: /s/ Kyle G. Kunst
Kyle G. Kunst (*pro hac vice* motion pending)
6111 Bollinger Canyon Road, Suite 500
San Ramon, CA 94583
rsallander@gpsllp.com
kkunst@gpsllp.com

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 23, 2016

23934544

- 2 -

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in this action. On this date, I caused to be served a true and correct copy of the foregoing **JOINT STIPULATION AND ORDER TO EXTEND DATE TO FILE RESPONSE TO COUNTERCLAIMS** by the Court's CM/ECF Program, and **addressed to the following:**

Russell Niggemyer
4077 Boratko Street
Las Vegas, NV 89101

DATED this 20th day of April 2016.

　　　　　　　　　　　　　　　　/s/ Candace L. Charlet
　　　　　　　　　　　　　　An employee of Snell & Wilmer L.L.P.

23934544

- 3 -