Michael Stein
Nevada State Bar No. 4760
Michael Paretti
Nevada State Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, NV 89169
Telephone:    702.784.5200
Facsimile:     702.784.5252
mstein@swlaw.com
mparetti@swlaw.com

Attorneys for Defendant Mikayla Nebel

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SECURITY ALARM FINANCING ENTERPRISES, L.P. d/b/a SAFEGUARD SECURITY a Limited Partnership,<br><br>Plaintiff,<br><br>v.<br><br>MIKAYLA NEBEL, an individual, RUSSELL NIGGEMEYER, an individual, and DOES 1-25,<br><br>Defendants. | Case No. 2:16-cv-00592-JCM-VCF<br><br>**Notice of Withdrawal of Patrick W. Kelly** |

TO THE COURT, COURT CLERK, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Patrick W. Kelly, Esq. ("Mr. Kelly") of Snell & Wilmer L.L.P., 350 S. Grand Avenue, Suite 2600, Los Angeles, California 90071 is no longer associated with this case and his appearance for this case is hereby withdrawn. Mr. Kelly served as California counsel in this case pursuant to the Northern District of California Local Rules. The Northern District's March 14, 2016 order granting defendants' motion to dismiss for lack of personal jurisdiction and transferring this action to the District of Nevada obviates the need for Mr. Kelly to remain on this case.

23753221

Michael Stein and Michael Paretti remain counsel of record in this action on behalf of defendant Mikayla Nebel. Please continue to direct all future correspondence and documentation to Messrs. Stein and Paretti of Snell & Wilmer L.L.P. at the addresses listed above.

Dated: April 28, 2016

SNELL & WILMER L.L.P.

By: *(signature)*
Michael Stein, Esq. (Bar No. 4760)
Michael Paretti, Esq. (Bar No. 13926)
3883 Howard Hughes Pkwy., #1100
Las Vegas, NV 89169

*Attorneys for Defendant Mikayla Nebel*

IT IS SO ORDERED.

*(signature)*

UNITED STATES MAGISTRATE JUDGE
DATED:     9-16-2016

23753221

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in this action. On this date, I caused to be served a true and correct copy of the foregoing **Notice of Withdrawal of Patrick W. Kelly** by the Court's CM/ECF Program.

**and addressed to the following:**

Russell Niggemyer
4077 Boratko Street
Las Vegas, NV 89101

DATED this ___29___ day of April 2016.

_____
An employee of Snell & Wilmer L.L.P.

- 3 -

23753221