MICHAEL D. ROUNDS, ESQ., Nevada Bar No. 4734
STEVEN A. CALOIARO, ESQ., Nevada Bar No. 12344
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 324-4100
Facsimile: (775) 333-8171
Email: mrounds@bhfs.com
        scaloiaro@bhfs.com

KYLE G. KUNST, ESQ.
*(Pro Hac Vice Application to be submitted)*
GREENAN, PEFFER, SALLANDER & LALLY LLP
611 Bollinger Canyon Road, Suite 500
San Ramon, California 94583
Telephone: (303) 223-1100
Email: kkunst@gpsllp.com

*Attorneys for Plaintiff Security Alarm Financing Enterprises, L.P. dba Safeguard Security*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITY ALARM FINANCING ENTERPRISES, L.P., d/b/a SAFEGUARD SECURITY, a Limited Partnership, | CASE NO.: 2:16-cv-00592-JCM-VCF |
| Plaintiff, | **REQUEST FOR EXCEPTION** |
| v. | |
| MIKAYLA NEBEL, an individual, RUSSELL NIGGEMEYER, an individual, and DOES 1-25, | |
| Defendants. | |

The Court entered an Order Scheduling a Settlement Conference on October 5, 2016 (ECF No. 96). Pursuant to that Order "All <u>principal counsel of record who will be participating in the trial</u> and who have full authority to settle this case, all parties appearing pro se, if any, and <u>all individual parties must be present</u>."

Counsel for Plaintiff, Security Alarm Financing Enterprises, L.P., d/b/a Safeguard Security, respectfully request that the representative with authority to settle this matter, President Paul Sargenti, be allowed to appear via telephone for the Settlement Conference. Mr. Sargenti is not locally based and had previous travel plans in and around the Christmas holiday. Counsel

1

019274\0001\15274425.2

apologizes for the inadvertent failure to file the request within the three week time period as laid out in the Settlement Conference Order.  Counsel for Plaintiff, Steven A. Caloiaro, will be appearing in person.

Dated this 7th day of December, 2016

By: /s/ *Steven A. Caloiaro*
Michael D. Rounds, Esq.
Nevada Bar No. 4734
Steven A. Caloiaro
Nevada Bar No. 12344
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 324-4100
Facsimile: (775) 333-8171
Email:  mrounds@bhfs.com
            scaloiaro@bhfs.com

Kyle G. Kunst
(*Pro Hac Vice Application to be submitted*)
GREENAN, PEFFER, SALLANDER & LALLY LLP
611 Bollinger Canyon Road, Suite 500
San Ramon, California 94583
Telephone:  (303) 223-1100
Email:  kkunst@gpsllp.com

*Attorneys for Plaintiff Security Alarm Financing Enterprises, L.P. dba Safeguard Security*

IT IS HEREBY ORDERED that Paul Sargenti may appear via video conference at the settlement conference.

**IT IS SO ORDERED**

_____
**CAM FERENBACH**
**UNITED STATES MAGISTRATE JUDGE**
                  12-9-2016
**Dated:**_____

019274\0001\15274425.2

2

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and on this 7th day of December, 2016, I served the document entitled, **REQUEST FOR EXCEPTION**, on the parties listed below via the following:

Michael Stein
mstein@swlaw.com

Michael Paretti
mparetti@swlaw.com

☐     **VIA FIRST CLASS U.S. MAIL:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Reno, Nevada for delivery to the foregoing.

☐     **VIA FACSIMILE:** by transmitting to a facsimile machine maintained by the person on whom it is served at the facsimile machine telephone number as last given by that person on any document which he/she has filed in the cause and served on the party making the service. The copy of the document served by the facsimile transmission bears a notation of the date and place of transmission and the facsimile telephone number to which it was transmitted.

☐     **BY PERSONAL SERVICE:** by personally hand-delivering or causing to be hand delivered by such designated individual whose particular duties include delivery of such on behalf of the firm, addressed to the individual(s) listed, signed by such individual or his/her representative accepting on his/her behalf.

☒     **VIA ELECTRONIC SERVICE:** by electronically filing the document with the Clerk of the Court using the ECF system which served the foregoing parties electronically.

　　　　　　　　　　　　　　　　　　 /s/  Paula Kay
　　　　　　　　　　　　　　　　　Employee of Brownstein Hyatt Farber Schreck, LLP

019274\0001\15274425.2                    3