1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

SECURITY ALARM FINANCING ) Case # 2:16-cv-00592-JCM-VCF
ENTERPRISES, L.P. d/b/a SAFEGUARD )
SECURITY, a Limited Partnership, )
      Plaintiff(s), ) **VERIFIED PETITION FOR**
) **PERMISSION TO PRACTICE**
vs. ) **IN THIS CASE ONLY BY**
) **ATTORNEY NOT ADMITTED**
MIKAYLA NEBEL, an individual, ) **TO THE BAR OF THIS COURT**
RUSSELL NEGGEMEYER, an individual, ) **AND DESIGNATION OF**
and DOES 1-25, ) **LOCAL COUNSEL**
      Defendant(s). )
) FILING FEE IS $250.00

      Kyle G. Kunst, Petitioner, respectfully represents to the Court:
    (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

Greenan, Peffer, Sallander & Lally LLP
              (firm name)

with offices at    6111 Bollinger Canyon Road, Suite 500
              (street address)

San Ramon      California      94583
(city)      (state)      (zip code)

303-223-1100      kkunst@gpsllp.com
(area code + telephone number)      (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

Plaintiff Security Alarm Financing Enterprises to provide legal representation in connection with
      [client(s)]

the above-entitled case now pending before this Court.

3. That since December 2, 2011 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Northern District of California | January 1, 2012 | 279000 |
| District of New Jersey | January 1, 2015 | 048322015 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

> Petitioner has had no disciplinary proceedings instituted against him no suspensions of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> Petitioner has never been denied admission to the State Bar of Nevada.

7. That Petitioner is a member of good standing in the following Bar Associations.

> The State Bar of California (Mandatory Bar Association).

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

|   |   |
|---|---|
| 1 | That Petitioner respectfully prays that Petitioner be admitted to practice before this Court |
| 2 | FOR THE PURPOSES OF THIS CASE ONLY. |

_Petitioner's signature_

STATE OF  New Jersey  )
COUNTY OF  Bergen  )

_____Kyle G. Kunst_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_Petitioner's signature_

Subscribed and sworn to before me this

16th day of December, 2016.

_____
Notary Public or Clerk of Court

JAY KIM
Notary Public, State of New Jersey
My Commission Expires
July 13, 2021

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Steven A. Caloiaro___
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

5371 Kietzke Lane
(street address)

| Reno | Nevada | 89511 |
|---|---|---|
| (city) | (state) | (zip code) |

775-324-4100                    scaloiaro@bhfs.com
(area code + telephone number)     (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Steven A. Caloiaro_____ as
                                              (name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Jared Isaacsohn, SAFE Corporate Counsel
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

12344                scaloiaro@bhfs.com
Bar number           Email address

APPROVED:

Dated: this __20th__ day of __January__, 20__17__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



# Supreme Court of California

FRANK A. McGUIRE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *KYLE GEORGE KUNST*

I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that KYLE GEORGE KUNST, #279000, was on the 2nd day of December. 2011, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 29th day of September, 2016.*

FRANK A. McGUIRE
*Clerk of the Supreme Court*

By: _____
*J. Hunter, Senior Deputy Clerk*



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, **Robert D. Mayberger**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Kyle George Kunst

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **25th day of September, 2015**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **17th day of October, 2016**.



Clerk

# Certificate of Good Standing



## United States of America
## District of New Jersey

*I,   WILLIAM T. WALSH,   Clerk of the United States District Court for the District of New Jersey, do hereby certify that:*

### Kyle George Kunst

*was duly admitted to practice in said Court as of September 9, 2015, and is in good standing as a member of the Bar of said Court.*

*Dated at Trenton, New Jersey*
*on: October 3, 2016*



**WILLIAM T. WALSH, CLERK**

By *[signature]*
Crystal Shanklin, Deputy Clerk

*U. S.  District Court for the District of New Jersey does not entertain a grievance committee.*
*Contact Board of Bar Examiners, New Jersey State Supreme Court.*