DICKINSON WRIGHT PLLC
STEVEN A. CALOIARO
Nevada Bar No. 12344
scaoiaro@dickinsonwright.com
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel.: (775) 343-7500
Fax: (844) 670-6009

*Attorney for Plaintiff:*
*SATA GmbH & Co. KG*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITY ALARM FINANCING ENTERPRISES, L.P. d/b/a SAFEGUARD SECURITY a Limited Partnership,<br><br>*Plaintiff*;<br><br>vs.<br><br>MIKAYLA NEBEL, an individual, RUSSELL NIGGEMEYER, an individual, and DOES 1-25,<br><br>*Defendant.* | CASE NO.: 2:16-cv-00592-JCM-VCF<br><br>**FINAL JUDGMENT IN A CIVIL ACTION AND PERMANENT INJUNCTION** |

This action came before the Court, Honorable James C. Mahan, United States District Judge presiding, on Plaintiff SECURITY ALARM FINANCING ENTERPRISES, L.P. *d/b/a* SAFEGUARD SECURITY's ("SAFE") Motion for Default Judgment and Permanent Injunction. The motion was fully briefed and considered by the Court. A decision having been duly rendered,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that SAFE be awarded the following Judgment:

1. Statutory damages in the amount of $30,000.00 (ECF No. 125);

2. Attorneys' fees in the amount of $49,073.60 (ECF No. 128);

3. Costs in the amount of $426.87 (ECF No. 125);

4. Post-judgment interest on the principal sum at the judgment rate from the date of entry of the Judgment until paid in full (ECF No. 125).

1
Final Judgment in a Civil Action and Permanent Injunction

1
2  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that PERMANENT
3  INJUNCTION IS GRANTED as follows:
4  "Niggemeyer, and his agents, servants, employees, confederates, attorneys, and
5  any persons acting in concert or participa, tion having knowledge of this Order by
6  service or actual notice . . . are hereby permanently enjoined and restrained from
7  using any reproduction, counterfeit, copy, or colorable imitation of the SAFE
8  Marks in commerce including, without limitation: [] by selling, offering for sale,
9  distributing, promoting, or advertising any good or service in connection with
10 such reproduction, counterfeit, copy, or colorable imitation of the SAFE Marks."
11 (ECF No. 124 at 4-5)
12 DATED this ___ day of February, 2018.
13
14                                             _____
                                               UNITED STATES DISTRICT JUDGE
15
RENO 75530-1 27097v1
16
17
18
19
20
21
22
23
24
25
26
27
28