DICKINSON WRIGHT PLLC
STEVEN A. CALOIARO
Nevada Bar No. 12344
scaoiaro@dickinsonwright.com
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel.: (775) 343-7500
Fax: (844) 670-6009

*Attorney for Plaintiff:*
*SATA GmbH & Co. KG*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITY ALARM FINANCING ENTERPRISES, L.P. d/b/a SAFEGUARD SECURITY a Limited Partnership,<br><br>*Plaintiff*;<br><br>vs.<br><br>MIKAYLA NEBEL, an individual, RUSSELL NIGGEMEYER, an individual, and DOES 1-25,<br><br>*Defendant.* | CASE NO.: 2:16-cv-00592-JCM-VCF<br><br>**FINAL JUDGMENT IN A CIVIL ACTION AND PERMANENT INJUNCTION** |

This action came before the Court, Honorable James C. Mahan, United States District Judge presiding, on Plaintiff SECURITY ALARM FINANCING ENTERPRISES, L.P. *d/b/a* SAFEGUARD SECURITY's ("SAFE") Motion for Default Judgment and Permanent Injunction. The motion was fully briefed and considered by the Court. A decision having been duly rendered,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that SAFE be awarded the following Judgment:

1. Statutory damages in the amount of $30,000.00 (ECF No. 125);

2. Attorneys' fees in the amount of $49,073.60 (ECF No. 128);

3. Costs in the amount of $426.87 (ECF No. 125);

4. Post-judgment interest on the principal sum at the judgment rate from the date of entry of the Judgment until paid in full (ECF No. 125).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that PERMANENT INJUNCTION IS GRANTED as follows:

> "Niggemeyer, and his agents, servants, employees, confederates, attorneys, and any persons acting in concert or participa, tion having knowledge of this Order by service or actual notice . . . are hereby permanently enjoined and restrained from using any reproduction, counterfeit, copy, or colorable imitation of the SAFE Marks in commerce including, without limitation: [] by selling, offering for sale, distributing, promoting, or advertising any good or service in connection with such reproduction, counterfeit, copy, or colorable imitation of the SAFE Marks."
>
> (ECF No. 124 at 4-5)

DATED February 8, 2018.

_____
UNITED STATES DISTRICT JUDGE

RENO 75530-1 27097v1